**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY  DIVISION**

JACQUELINE FINN, as Personal
Representative of the Estate of
James Peter Rush,

       Plaintiff,

vs.                          CASE NO. 5:10cv152/RS-EMT

BOBBY HADDOCK, Individually and as
Sheriff of Washington County, Florida;
JONATHAN RACKARD; and FRANK
STONE,

       Defendants..

_____/

## ORDER

Before me is Defendants' Notice of Conflict And Request For Rescheduling (Doc. 19).

**IT IS ORDERED** that the pretrial conference is rescheduled for July 18, 2011, at 8:30 a.m.

**ORDERED** on April 13, 2011.

/S/ Richard Smoak_____
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**