**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

JACQUELINE FINN, as Personal
Representative of the Estate of
James Peter Rush,

    Plaintiff,

vs.                                      CASE NO. 5:10-cv-152/RS-EMT

BOBBY HADDOCK, Individually and as
Sheriff of Washington County, Florida;
JONATHAN RACKARD, and FRANK
STONE,

    Defendants.
_____ /

## ORDER

My previous Order (Doc. 20) is **vacated.**

**IT IS ORDERED** that the pretrial conference is rescheduled for July 8, 2011, at 8:30 a.m.

**ORDERED** on April 14, 2011.

                                                 /S/ Richard Smoak
                                                 **RICHARD SMOAK**
                                                 **UNITED STATES DISTRICT JUDGE**