UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ESTATE OF JAMES PETER RUSH,
JACQUELINE FINN, as Personal
Representative,

    Plaintiff,

vs.                                     CASE NO.: 5:10-CV-152-RS

HON. BOBBY HADDOCK, as Sheriff of
Washington County and individually, and
JONATHAN RACKARD, and FRANK
STONE, individually,

    Defendants
_____/

## NOTICE OF FILING BY U.S. MAIL IN SUPPORT OF SUMMARY JUDGMENT MOTIONS OF DEFENDANTS

Defendants, submit the following evidence of record in support of their motions for summary judgment, filed by U.S. Mail :

    8.    Audio recordings of 911 calls (2 discs);

    9.    Video Recordings from Washington County Jail of sally port, booking area / holding cell (digital version with program for viewing).

Respectfully submitted this 17th day of May, 2010.

                                                      */s/ KEITH C. TISCHLER*
                                                      **KEITH C. TISCHLER**
                                                      Fla. Bar No. 0334081
                                                      JOLLY & PETERSON, P.A.
                                                      Post Office Box 37400
                                                      Tallahassee, Florida 32315
                                                      Tel:    (850) 422-0282
                                                      Fax:   (850) 422-1913

                                                      *Attorney for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U. S. Mail to James V. Cook, Law Office of James Cook, 314 West Jefferson Street, Tallahassee, Florida 32301, this 17th day of May, 2010.

/s/ *KEITH C. TISCHLER*