# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JACQUELINE FINN, as Personal Representative of the Estate of James Rush,<br><br>Plaintiff(s)<br><br>v.<br><br>HON. BOBBY HADDOCK, as Sheriff of Washington County, and JONATHAN RACKARD and FRANK STONE, individually,<br><br>Defendant(s) | Case No. 5:10-cv-152-RS/EMT |

## NOTICE OF APPEAL

Notice is hereby given that JACQUELINE FINN, as Personal Representative of the Estate of James Rush, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment entered in this action on June 6, 2011.

Date: June 27, 2011,

_____
JAMES V. COOK
Attorney for Plaintiff
Florida Bar No. 966843
314 West Jefferson Street
Tallahassee, FL 32301
cookjv@nettally.com
Fax: 850 561-0836